IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS JOBE**                                                                                           **PETITIONER**

**V.**                                            **NO. 4:20-CV-36-DMB-DAS**

**MARSHAL TURNER**                                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, Dennis Jobe's petition for a writ of habeas corpus is **DISMISSED with prejudice** as untimely filed. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 12th day of March, 2021.

                                                            /s/Debra M. Brown
                                                            **UNITED STATES DISTRICT JUDGE**